ERWIN CHARLES GUTZWILLER, JR., PLAINTIFF-PETI-
TIONER, v. EVELYN HUBLITZ GUTZWILLER, DEFEND-
ANT-RESPONDENT.

See same case below: 8 *N. J. Super.* 254.

*Mr. Joseph J. Mutnick* for the petitioner.

*Messrs. Abrams & Stine* and *Mr. Norman J. Abrams* for
the respondent.

September 25, 1950. Denied.

BENJAMIN LITTLEFIELD, PLAINTIFF-RESPONDENT, v.
ANTHONY P. KEARNS, ET AL., DEFENDANTS-PETI-
TIONERS.

See same case below: 8 *N. J. Super.* 198.

*Mr. Francis P. Meehan* for the petitioners.

*Mr. Walter A. Beers* for the respondent.

September 25, 1950. Denied.